# IN THE SUPREME COURT OF THE STATE OF NEVADA

CORNELIUS BROWN,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 72127

**FILED**

AUG 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pro se appellant seeks to challenge a district court order granting a motion to strike. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]In light of this order, we take no action regarding the district court's August 9, 2017, order regarding appellant's request to proceed in forma pauperis.

 
17-28138

cc: Hon. William D. Kephart, District Judge
Cornelius Edward Brown, Sr.
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk